UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

HENRY W. FARNAM,

    PLAINTIFF                          :         CIVIL NO.  3:13-CV-01693 (WWE)

V.                                   :

WILLIAM D. FARNAM;        :

THE MADISON BEACH CLUB, INC;

CARGILL THEATRICAL PRODUCTIONS

CARGILL PRODUCTIONS,

    DEFENDANTS                :        AUGUST 12, 2014

<u>PLAINTIFF'S MOTION FOR DEFAULT</u>

    Comes now the Plaintiff, HENRY W. FARNAM pursuant to Fed R. Civ. P. 55(a) moves this Honorable Court for permission to Enter Default against Cargill Theatrical Productions and/or Cargill Productions, and/or Jerome H. Cargill Producing Organization, Inc. of New York, NY, and in support states the following:

1. Plaintiff filed Motion to Amend Complaint on June 9, 2014, to correct the name of the Defendant Company;

2. Plaintiff's Motion to Amend Complaint was granted on June 10, 2014;

3. Plaintiff filed Amended Complaint on June 11, 2014 and requested the Clerk to issue a Summons for JEROME H. CARGILL PRODUCING ORGANIZATION, INC of NEW YORK, NY;

4. Court issued Electronic Summons on June 11, 2014 for Jerome H. Cargill Producing Organization, Inc. of New York, NY and ordering an Answer within 21 days;

5. Summons and Complaint mailed via Priority Mail to Penn Professional Process Server on June 18, 2014;

6. Service was made upon Anthony Townsend on July 3, 2014 by D'Wayne Henriksson in Pipersville, PA;

7. Plaintiff filed the Proof of Service with this Court on July 17, 2014;

8. To date no Appearance or Answer has been filed on behalf of Jerome H. Cargill Producing Organization, Inc. of New York, NY.

9. Plaintiff made service upon Cargill Theatrical Productions through Connecticut State Marshal Mark J. White who deposited a copy of the Summons and Complaint in the mail via certified mail on November 7, 2013.

10. Summons and Complaint filed in State Superior Court on November 12, 2013;

11. Defendant, The Madison Beach Clue, Inc. removed the case to Federal Court on November 14, 2013;

12. To date, no Appearance or Answer has been filed on behalf of Cargill Theatrical Productions and/or Cargill Corporation.

WHEREFORE, the Plaintiff respectfully requests his Motion for Default be granted.

                                THE PLAINTIFF,
                                HENRY FARNAM


                                By _/s/ James A. Hall, IV_____
                                    James A. Hall, IV (CT21486)
                                    Hall Johnson, LLC
                                    PO Box 1774
                                    Pawcatuck, CT 06379
                                    (401) 596-4401

## **CERTIFICATION**

I hereby certify that a copy of the foregoing, Plaintiff's Motion for Default was hereby sent via facsimile and Certified Mail, this 12th day of August, 2014, to:

*(203) 315-7007*

**GARY KAISEN, ESQ.**
Milano & Wanat, LLC
471 East Main Street
Branford, CT  06405

*(860) 447-9833*

**MARK A. DUBOIS, ESQ.**
Geraghty & Bonnano
38 Granite Street
PO Box 231
New London, CT  06320

**Via Certified Mail:**

Anthony Townsend
Jerome H. Cargill Producing Organization, Inc. of New York, NY
5916 Wismer Road
Pipersville, PA  18947

/s/ James A. Hall, IV
Commissioner of the Superior Court