UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HENRY W. FARNAM, | | |
|     PLAINTIFF | : | CIVIL NO. 3:13-CV-01693 (WWE) |
| V. | : | |
| WILLIAM D. FARNAM; | : | |
| THE MADISON BEACH CLUB, INC; | | |
| CARGILL THEATRICAL PRODUCTIONS | | |
| CARGILL PRODUCTIONS, | | |
|     DEFENDANTS | : | AUGUST 12, 2014 |

### PLAINTIFF'S MOTION TO WITHDRAW COMPLAINT

### AGAINST DEFENDANT, WILLIAM D. FARNAM

Comes now the Plaintiff, HENRY W. FARNAM pursuant to Fed R. Civ. P. 41(a)(1)(A)(i) moves this Honorable Court to Withdraw his Complaint against Defendant, William D. Farnam in its entirety and in support states the following:

1. The Plaintiff and Defendant, William D. Farnam have reached a settlement.

**WHEREFORE**, the Plaintiff respectfully requests his Motion to Withdraw Complaint against Defendant, William D. Farnam be granted.

THE PLAINTIFF,
HENRY FARNAM

By /s/ James A. Hall, IV
James A. Hall, IV (CT21486)
Hall Johnson, LLC
PO Box 1774
Pawcatuck, CT 06379
(401) 596-4401

**CERTIFICATION**

I hereby certify that a copy of the foregoing, **Plaintiff's Motion to Withdraw Complaint against William D. Farnam** was hereby sent via facsimile, this 12th day of August, 2014, to:

*(203) 315-7007*

**GARY KAISEN, ESQ.**
Milano & Wanat, LLC
471 East Main Street
Branford, CT 06405

*(860) 447-9833*

**MARK A. DUBOIS, ESQ.**
Geraghty & Bonnano
38 Granite Street
PO Box 231
New London, CT 06320

/s/ James A. Hall, IV
Commissioner of the Superior Court