UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **HENRY W. FARNAM,** | : | **CIVIL NO. 3:13-CV-01693(WWE)** |
| **PLAINTIFF** | | |
| **V.** | : | |
| **WILLIAM D. FARNAM;** | | |
| **THE MADISON BEACH CLUB, INC.;** | | |
| **CARGILL THEATRICAL PRODUCTIONS** | | |
| **CARGILL PRODUCTIONS,** | | |
| **DEFENDANTS** | : | **FEBRUARY 23, 2015** |

### PLAINTIFF'S SECOND MOTION TO AMEND COMPLIANT

Comes now the Plaintiff, HENRY W. FARNAM pursuant to Fed R. Civ. P. 15(a) moves this Honorable Court for permission to Amend his Complaint, and in support states the following:

1. Plaintiff has recently been supplied information on the employee, agent and/or servant of Cargill and was the "director" at the Madison Beach Club who assaulted and molested the Plaintiff at the Madison Beach Club.

2. Plaintiff's Second Amended Complaint adds five (5) counts against the employee, agent and/or servant of Cargill as a named Defendant individually.

**WHEREFORE**, the Plaintiff respectfully requests his 2nd Motion to Amend be granted.

        THE PLAINTIFF
        HENRY FARNAM


        By /s/ James A. Hall, IV
           James A. Hall, IV  (21486)
           Hall Johnson, LLC
           PO Box 1774
           Pawcatuck, CT  06379
           (401) 596-4401

## **CERTIFICATION**

I hereby certify that a copy of the foregoing, **Plaintiff's Second Motion to Amend** was hereby sent via facsimile, this 23rd day of February, 2015, to:

*(203) 315-7007*

Gary Kaisen, Esq.
Milano & Wanat, LLC
471 East Main Street
Branford, CT  06405

/s/ James A. Hall, IV
Commissioner of the Superior Court