UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **HENRY W. FARNAM,** | : | **CIVIL NO. 3:13-CV-01693(WWE)** |
| **PLAINTIFF** | | |
| | | |
| **V.** | : | |
| | | |
| **THE MADISON BEACH CLUB, INC.;** | | |
| **JEROME H. CARGILL PRODUCING** | | |
| **ORGANIZATION, INC OF NEW YORK, NY;** | | |
| **DONALD GRANT ZELLMER,** | | |
| **DEFENDANTS** | : | **JANUARY 29, 2016** |

**PLAINTIFF'S REPLY TO DEFENDANT,
THE MADISON BEACH CLUB, INC.'S SPECIAL DEFENSES**

The Plaintiff, HENRY FARNAM, hereby denies each and every Special Defense raised by Defendant, THE MADISON BEACH CLUB, INC. in their Answer filed on February 22, 2016.

          Respectfully submitted,
          The Plaintiff

          /s/ James A. Hall, IV
          James Alexander Hall
          CT 21486
          Hall Johnson, LLC
          PO Box 1774
          Pawcatuck, CT  06379
          (401) 596-4401

## **CERTIFICATION**

I hereby certify that a copy of the foregoing, **Plaintiff's Reply to Special Defenses** was mailed postage prepaid, first class mail, this _____ day of March, 2016, to:

Gary Kaisen, Esq.
Milano & Wanat, LLC
471 East Main Street
Branford, CT  06405

Nadine M. Pare, Esq.
Nuzzo & Roberts, LLC
One Town Center
Cheshire, CT 06410

                                          /s/ CT21486
                                          Commissioner of the Superior Court