UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| HENRY W. FARNAM | : | Case Number: 3:13-cv-01693-WWE |
|---|---|---|
| Plaintiff | : | |
| | : | |
| VS. | : | |
| | : | |
| THE MADISON BEACH CLUB, INC.; | : | |
| JEROME H. CARGILL PRODUCING | : | |
| ORGANIZATION, INC. OF NEW YORK, NY; | : | |
| DONALD GRANT ZELLMER | : | |
| Defendants | : | MARCH 11, 2016 |

## ANSWER TO FOURTH AMENDED COMPLAINT

The defendants, JEROME H. CARGILL PRODUCING ORGANIZATION, INC. OF NEW YORK, NY, hereby answer the plaintiff's Fourth Amended Complaint dated January 25, 2016, as follows:

**FIRST COUNT:**  (Negligence as to Madison Beach Club)

The defendants, JEROME H. CARGILL PRODUCING ORGANIZATION, INC. OF NEW YORK, NY, do not respond to the First Count, as said count does not pertain to these defendants.

**SECOND COUNT:**  (Negligence as to Jerome H. Cargill Producing Organization, Inc. of New York, NY)

1-2.    The defendant is without knowledge or information sufficient to form a belief as to the truth of paragraphs 1 and 2.

3.    That portion of paragraph 3 which states "Cargill employed" and "These program directors were employees, agents, or assigns of Cargill and provided adult

supervision to minors attending the theatrical programs at Madison Beach Club during the summer known as the "Summer Follies" is denied. The defendant is without knowledge or information sufficient to form a belief as to the truth of the rest and remaining portion of paragraph 3.

  4. Paragraph 4 is denied.

  5. The portions of paragraph 5 which state "and while under the direct supervision of Cargill employees, agents or assigns" and "charged with the responsibility for ensuring their safety" are denied. The defendant is without knowledge or information sufficient to form a belief as to the truth of the rest and remaining portions paragraph 5.

  6. Paragraph 6 is denied.

  7. That portion of paragraph 7 which states "As a result of the negligence of the Defendant" is denied. The defendant is without knowledge or information sufficient to form a belief as to the truth of the rest and remaining portion of paragraph 7.

  8-10. The portions of paragraphs 8 through 10 which state "As a further direct and proximate result of the negligence of the Defendant" are denied. The defendant is without knowledge or information sufficient to form a belief as to the truth of the rest and remaining portions of paragraphs 8 through 10.

  11. The defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 11.

**THIRD COUNT:  (Sexual Assault and Battery as to Don Zellmer)**

The defendants, JEROME H. CARGILL PRODUCING ORGANIZATION, INC. OF NEW YORK, NY, do not respond to the Third Count, as said count does not pertain to these defendants.

**FOURTH COUNT:  (NEGLIGENCE as to Don Zellmer)**

The defendants, JEROME H. CARGILL PRODUCING ORGANIZATION, INC. OF NEW YORK, NY, do not respond to the Fourth Count, as said count does not pertain to these defendants.

**FIFTH COUNT:  (Negligent Corruption of a Minor as to Don Zellmer)**

The defendants, JEROME H. CARGILL PRODUCING ORGANIZATION, INC. OF NEW YORK, NY, do not respond to the Fifth Count, as said count does not pertain to these defendants.

**SIXTH COUNT:  (Intentional Infliction of Emotional Distress as to Don Zellmer)**

The defendants, JEROME H. CARGILL PRODUCING ORGANIZATION, INC. OF NEW YORK, NY, do not respond to the Sixth Count, as said count does not pertain to these defendants.

**SEVENTH COUNT:  (Negligence Infliction of Emotional Distress as to Don Zellmer)**

The defendants, JEROME H. CARGILL PRODUCING ORGANIZATION, INC. OF NEW YORK, NY, do not respond to the Seventh Count, as said count does not pertain to these defendants.

## BY WAY OF AFFIRMATIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSE

The plaintiff's complaint fails to state a claim upon which relief can be granted.

>THE DEFENDANT,
>JEROME H. CARGILL PRODUCING
>ORGANIZATION, INC. OF NEW YORK, NY
>
>By     /s/ Nadine M. Pare
>   Nadine M. Pare
>   Federal Bar No: ct 27079
>   NUZZO & ROBERTS, L.L.C.
>   One Town Center
>   P.O. Box 747
>   Cheshire, Connecticut 06410
>   Tel:  203-250-2000
>   Fax:  203-250-3131
>   npare@nuzzo-roberts.com

## CERTIFICATION

This is to certify that on March 11, 2016, a copy of the foregoing Answer to Fourth Amended Complaint was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filings as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                             /s/ Nadine M. Pare
                                                             Nadine M. Pare

\\fp01\nuzzo\WP\420001\233\PLEADINGS\Answer to Fourth Amended Complaint 03 11 16.doc