UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| HENRY W. FARNAM | :Case Number: 3:13-cv-01693-WWE |
| | : |
|     Plaintiff, | : |
| | : |
| VS. | : |
| | : |
| THE MADISON BEACH CLUB, INC.; | : |
| JEROME H. CARGILL PRODUCING | : |
|  ORGANIZATION, INC. OF NEW YORK, NY; | |
| DONALD GRANT ZELLMER | : |
| | : |
|     Defendants | :DRAFT |

<u>STIPULATION OF DISMISSAL</u>

It is hereby stipulated by the plaintiff, Henry W. Farnam, through undersigned counsel, and the defendants, Jerome H. Cargill Producing Organization, Inc. of New York, NY and The Madison Beach Club, Inc., through undersigned counsel, that the above-entitled action be dismissed with prejudice and without costs, from the United States District Court, District of Connecticut, 915 Lafayette Boulevard, Bridgeport, Connecticut.

THE PLAINTIFF,
HENRY W. FARNAM

By    /s/ James A. Hall, IV        
    James A. Hall
    Federal Bar No: ct 21486
    Hall Johnson, LLC
    P.O. Box 1774
    Pawcatuck, Connecticut 06379
    Tel:  860-599-4400
    Fax:  860-599-4402
    halljohnsonllc@yahoo.com

THE DEFENDANT
JEROME H. CARGILL PRODUCING
ORGANIZATION, INC. OF NEW YORK,
NY

By___/s/ Nadine M. Pare_____
   Nadine M. Pare
   Federal Bar No: ct 27079
   NUZZO & ROBERTS, L.L.C.
   One Town Center
   P.O. Box 747
   Cheshire, Connecticut 06410
   Tel:  203-250-2000
   Fax:  203-250-3131
   npare@nuzzo-roberts.com

THE DEFENDANT,
THE MADISON BEACH CLUB, INC.

By___*/s/ ct 17513*_____
   Gary C. Kaisen
   Federal Bar No: ct 17513
   Milano & Wanat, LLC
   471 East Main Street
   Branford, Connecticut 06405
   Tel:  203-315-7000
   Fax:  203-315-7007
   gkaisen@mwllc.com

## CERTIFICATION

This is to certify that on February 13, 2017, a copy of the foregoing Stipulation of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      /s/  James A. Hall, IV
     James A. Hall, IV
     Federal Bar No: ct21486
     Hall Johnson, L.L.C.
     P.O. Box 1774
     Pawcatuck, Connecticut  06379
     Tel:  (401) 596-4401
     Fax:  (401) 596-4411
     jhall@halljohnsonlaw.com

\\fp01\nuzzo\WP\420001\233\SETTLEMENT\Stip of Dismissal DRAFT.doc